UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA MARINO, et al.,

     Plaintiffs,

v.

COMERICA BANK, et al.,

     Defendants.

Case No. 25-cv-10504

Honorable Robert J. White

**JUDGMENT**

The Court has dismissed the amended complaint (ECF No. 15) without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By:_____
    Deputy Clerk

Dated:    March 5, 2026

Approved: s/Robert J. White
       Robert J. White
       United States District Judge